No. 8832. THE STATE OF MONTANA, on the relation of E. R. MUNGER, PETITIONER & RESPONDENT, *v.* NOBLE P. EVANS, ROBERT O'CONNELL and EUGENE ALT, as the Board of County Commissioners of Lewis and Clark County, State of Montana, DEFENDANTS & APPELLANTS.

Decided January 17, 1949.

## ORDER

Melvin E. Magnuson, Esq., of counsel for Appellants, and Sherman W. Smith, Esq., of counsel for Respondent, having this day so stipulated,

It Is Ordered that the appeal be and it is dismissed.

Done this *17the day of January, 1949.*

> HUGH ADAIR, Chief Justice.
> HARRY J. FREEBOURN,
> ALBERT H. ANGSTMAN,
> LEE METCALF,
> Associate Justices.

*Mr. Melvin E. Magnuson,* County Attorney, Helena, *Mr. Edwin E. Multz,* Deputy County Attorney, Helena, *Mr. Victor H. Fall,* Deputy County Attorney, Helena, for Appellant.

*Mr. Sherman W. Smith,* Helena, *Mr. Lloyd J. Skedd,* Helena, and *Mr. Donald H. Smith,* Helena, for Respondent.